**Order entered March 28, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00188-CV

**METROPCS TEXAS, LLC, Appellant**

**V.**

**ZAHRA AMIRI, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-20-04875-D**

## ORDER

Before the Court is the Dallas County Clerk's March 24, 2022 request for an extension of time to file the clerk's record. We **GRANT** the request and extend the time to **March 31, 2022**.

/s/    ROBERT D. BURNS, III
         CHIEF JUSTICE